UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:22-02014 ADSDate: May 25, 2023

Title: *Jaimie Olivia Coogen v. Kilolo Kijakazi*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE PLAINTIFF'S BRIEF**

On November 14, 2022, Plaintiff Jaimie Olivia Coogen filed a social security complaint pursuant to 42 U.S.C. § 405(g). (Dkt. No. 1.) On January 11, 2023, the Court issued an Order Regarding Service and Case Deadlines. (Dkt. No. 9.) The Order stated that "[w]ith regard to the remainder of the litigation, the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) shall govern." (Id.) Rule 6 of the Supplemental Rules states that "[t]he plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed or 30 days after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is later." On April 17, 2023, Defendant Kilolo Kijakazi filed the Answer. (Dkt. No. 15.) As of the date of this Order, Plaintiff has still not filed a brief of her requested relief.

If Plaintiff wishes to proceed with this lawsuit, she must either: (1) file and serve a brief; or (2) show cause why she is unable to do so by no later than **June 1, 2023**. Failure to comply with this Order may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk kh