JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| JAIMIE O. COOGEN, | Case No: 5:22-cv-02014-ADS |
| Plaintiff | |
| v. | **JUDGMENT OF VOLUNTARY REMAND** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: 08/02/2023             /s/ Autumn D. Spaeth
                             THE HONORABLE AUTUMN D. SPAETH
                             U.S. MAGISTRATE JUDGE

-1-